

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 CR 774-1 | **DATE** | 9/21/2009 |
| **CASE TITLE** | United States of America vs. Meal Maschke | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears in response to arrest on 9/19/09. Defendant signed the Waiver of the 72 Hour Rule for Prompt Initial Appearance. Ms. Helen Kim is appointed as counsel for the defendant. Defendant informed of the charges and the maximum penalties, his right to remain silent, his right to represent himself, his right to hire his own attorney and his right to appointed counsel. Bond hearing is set for Thursday, 9/24/09 at 1:00 p.m. Defendant waives his right to preliminary hearing. Defendant is ordered detained until further order of court.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CDII |
|---|---|---|