Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 CR 774-1 | **DATE** | 9/24/2009 |
| **CASE TITLE** | United States of America vs. Neal Maschke | | |

**DOCKET ENTRY TEXT**

Bond hearing held and continued to Tuesday, 9/29/09 at 1:00 p.m.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | CDH |
|---|---|---|